EMILY JOHNSON HENN (SBN 269482)
KATHRYN E. CAHOY (SBN 298777)
MEGAN L. RODGERS (SBN 310344)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com
Email: mrodgers@cov.com

*Counsel for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN NORMAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Civil Case No.: 2:25-cv-08203<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

Defendant Apple Inc. ("Apple") respectfully submits this Notice of Pendency of Other Actions pursuant to Local Rule 83-1.4 to inform the Court that this action involves a material part of the same subject matter and substantially all of the same parties as the following action: ***Landsheft v. Apple, Inc.***, Civil Case No. 25-cv-02668-NW, a

consolidated class action currently pending before Judge Noël Wise of the United States District Court for the Northern District of California.[1]

There are currently seven cases consolidated in *Landsheft*: *Landsheft v. Apple Inc.*, Case No. 25-cv-02668-NW; *Hopkins v. Apple Inc.*, Case No. 25-cv-02914-NW; *Martin, et al. v. Apple Inc.*, Case No. 25-cv-03205-NW; *Varbanovski v. Apple Inc.*, Case No. 25-cv-03517-NW; *Accardi, et al. v. Apple Inc.*, Case No. 25-cv-04160-VKD; *Robinson v. Apple Inc.*, Case No. 5:25-cv-04776-VKD; *Feldt v. Apple Inc.*, Case No. 5:25-cv-04785-NC. *See* Order Consolidating Cases, *Landsheft v. Apple Inc.*, Case No. 25-cv-02668-NW (Dkt. No. 21); Stipulation and Order to Relate and Consolidate Actions, *Landsheft v. Apple Inc.*, Case No. 25-cv-02668-NW (Dkt. No. 38). The consolidation order applies to any other cases subsequently filed in, removed to, or transferred to the Northern District of California involving the same or substantially similar issues of law and fact as *Landsheft*.

<u>Relationship of Related Case to this Action</u>

The Plaintiff in this action contends that Apple is liable under California law for making false or misleading statements in marketing the iPhone 16. According to the Complaint, Apple "launched a pervasive marketing campaign" "spotlighting what it branded as the groundbreaking 'Apple Intelligence' suite of features" "to promote its latest iPhone 16 model," Complaint ("Compl.") ¶ 1, but that "these products [were not] equipped with specific 'Apple Intelligence' features," *id.* ¶ 7. On behalf of a putative class consisting of "[a]ll current citizens of California who, within four years prior to the filing of this action, purchased any Apple device advertised as having Apple Intelligence, including the Apple iPhone 16, iPhone 16e, iPhone 16 Plus, iPhone 16 Pro, iPhone 16 Plus, and other Apple devices[,]" *id.* ¶ 68, Plaintiff seeks to represent a class of "tens of thousands of [iPhone] purchasers," *id.* ¶ 71, and asserts claims under the California Unfair Competition Law ("UCL"), Cal, Bus. & Prof. Code §§ 17200, *et seq.*, the California False Advertising

---

[1] On July 21, 2025, the plaintiffs in *Landsheft* filed their consolidated complaint. *See generally* Consolidated Compl., *Landsheft v. Apple Inc.*, Case No. 5:25-cv-03517-NW (Dkt. No. 39).

Law ("FAL"), Cal, Bus. & Prof. Code §§ 17500, *et seq*., the California Consumer Legal Remedies Act ("CLRA"), Cal, Bus. & Prof. Code §§ 1750, *et seq*., and the common law.

Likewise, the Related Case involves claims brought by purchasers of iPhone 16, iPhone 16e, iPhone 16 Plus, iPhone 16 Pro, and iPhone 16 Pro Max on behalf of putative classes—including both a nationwide class and a California subclass—for Apple's alleged false or misleading statements made in connection to its marketing the iPhone 16. The complaint asserts substantially similar causes of action—including violations of the UCL, FAL, and CLRA, as well as claims under common law—and arises out of substantially identical allegations.

**Plaintiffs' Counsel** in *Landsheft v. Apple Inc.* are:

Ryan J. Clarkson
Shireen M. Clarkson
Yana Hart
Bryan P. Thompson
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
rclarkson@clarksonlawfirm.com
sclarkson@clarksonlawfirm.com
yhart@clarksonlawfirm.com
bthompson@clarksonlawfirm.com

Laurence D. King
Frederic S. Fox
Matthew B. George
Blair E. Reed
Clarissa R. Olivares
KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Tel: 415-772-4700
Fax: 415-772-4707
lking@kaplanfox.com
ffox@kaplanfox.com
mgeorge@kaplanfox.com
breed@kaplanfox.com
colivares@kaplanfox.com

|   |   |
|---|---|
| 1 | Brian Danitz |
| 2 | Joseph W. Cotchett |
|   | Karin B. Swope |
| 3 | Pierce H. Stanley |
|   | Caroline A. Yuen |
| 4 | COTCHETT, PITRE & MCCARTHY, LLP |
|   | San Francisco Airport Office Center |
| 5 | 840 Malcolm Road |
|   | Burlingame, California 94010 |
| 6 | Tel: (650) 697-6000 |
|   | Fax: (650) 697-0577 |
| 7 | jcotchett@cpmlegal.com |
|   | bdanitz@cpmlegal.com |
| 8 | bdanitz@cpmlegal.com |
|   | kswope@cpmlegal.com |
| 9 | pstanley@cpmlegal.com |
|   | cyuen@cpmlegal.com |

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

DATED: August 29, 2025         By:  */s/ Megan L. Rodgers*

EMILY JOHNSON HENN (SBN 269482)
KATHRYN E. CAHOY (SBN 298777)
MEGAN L. RODGERS (SBN 310344)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
ehenn@cov.com
kcahoy@cov.com
mrodgers@cov.com

*Counsel for Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.   Service was also made via email upon the following:

>Valter Malkhasyan
>Erik Pogosyan
>MALK & POGO LAW GROUP, LLP
>1241 S Glendale Ave, Ste. 204
>Glendale, CA 91205
>Tel: (818) 484-5204
>Fax: (818) 824-5144
>valter@malkpogolaw.com
>erik@malkpogolaw.com

*Counsel for Plaintiff Lauren Norman and the Proposed Class*

    /s/ Megan L. Rodgers
*Counsel for Defendant Apple Inc.*