JS-6

**NOTE CHANGES MADE BY THE COURT**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAUREN NORMAN, individually and on behalf of all others similarly situated, | Civil Case No. 2:25-cv-08203-MCS-SSC |
| Plaintiff, | **ORDER ON STIPULATION TO** ~~**STAY ALL PROCEEDINGS AND**~~ **TRANSFER CASE TO THE NORTHERN DISTRICT OF CALIFORNIA (ECF No. 10)** |
| v. | |
| APPLE INC., | |
| Defendant. | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Any pending deadlines, including Plaintiff's deadline to move to remand the case back to the Superior Court of the State of California for the County of Los Angeles, and Apple's deadline to respond to the complaint, are hereby VACATED;

2. ~~All further proceedings in this case are hereby STAYED pending entry of a final judgment in *Landsheft v. Apple Inc.*, Case No. 5:25-cv-03517-NW (N.D. Cal.); and~~

3. This case is hereby TRANSFERRED to the United States District Court for the Northern District of California. **In the interest of comity, the Court denies without prejudice to renewal the parties' stipulation to stay the case, which more appropriately may be adjudicated in the transferee court.**

DATED: September 18, 2025

_____
Mark C. Scarsi
United States District Judge